An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 1000 MIRADERO,

Appellant,

vs.

BANK OF AMERICA, N.A.,

Respondent.

No. 66010

**FILED**

JAN 2 6 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER OF REVERSAL AND REMAND

The parties have stipulated that the appealed-from order should be reversed in light of this court's opinion in *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. ___, 334 P.3d 408 (2014). We hereby approve the stipulation and

REVERSE the order granting the motion to dismiss AND REMAND this matter to the district court for further proceedings consistent with this order.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

---

[1]Appellant's request for release of the cost bond is denied without prejudice to appellant's right to move the district court for release of the bond. *See* NRAP 7 (indicating that a bond for costs on appeal is filed in the district court along with the notice of appeal).

15-02706

cc: Hon. Susan Johnson, District Judge
Kerry P. Faughnan
Akerman LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A